# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON A. WATSON, | CV F  04 5420 REC WMW P |
| Plaintiff, | ORDER DISMISSING ACTION (Doc. 9) AND DIRECTING CLERK TO ENTER JUDGMENT FOR DEFENDANT |
| v. | |
| BOARD OF PRISON TERMS, | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On July 7, 2005, findings and recommendations were entered, recommending dismissal of this action for failure to state a claim upon which relief can be granted. Plaintiff was provided an opportunity to file objections within thirty days. Plaintiff has not filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on July 7,

1  2005, are adopted in full; and

2       2. This action is dismissed for failure to state a claim upon which relief can be
3  granted.  The Clerk is directed to issue judgment for defendant.
4  IT IS SO ORDERED.
5  **Dated:  August 26, 2005**               /s/ Robert E. Coyle
   668554                              UNITED STATES DISTRICT JUDGE

2